```
 1  STEGER P. JOHNSON (California State Bar No. 083421)
    JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
 2  100 Van Ness Avenue, 19th Floor
    San Francisco, CA  94102
 3  Telephone: (415) 431-5310
    Facsimile: (415) 431-2266
 4  Email: sjohnson@jcjj.net

 5  MICHAEL PATRICK DOYLE (Texas State Bar No. 06095650)
    DOYLE RAIZNER, LLP
 6  1221 McKinney, Suite 4100
    Houston, TX  77010
 7  Telephone: (713) 571-1146
    Facsimile: (713) 571-1148
 8  Email: mdoyle@doyleraizner.com

 9  Attorneys for Plaintiff
    KAY POWELL
10
```

E-filing

FILED 08 AUG 18 PM 2:45 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

HRL

| | |
|---|---|
| KAY POWELL,<br><br>      Plaintiff,<br><br>v.<br><br>CHRIS' WHALE WATCHING TOURS, INC. and DOES 1 to 50, inclusive<br><br>      Defendants. | Case No. CV 08-3929<br><br>**COMPLAINT FOR PERSONAL INJURY; DEMAND FOR JURY TRIAL**<br><br>Complaint Filed :<br>Trial Date         :     None set |

COMES NOW plaintiff KAY POWELL and alleges as follows:

///
///
///
///
///
///

---

1

**COMPLAINT FOR PERSONAL INJURY; DEMAND FOR JURY TRIAL**
*Kay Powell v. Chris' Whale Watching Tours, et al.*                              U.S.D.C. (N.D. Cal.) No.

## PARTIES

1. KAY POWELL is a resident and citizen of the United Kingdom.

2. Defendant CHRIS' WHALE WATCHING TOURS is, and was at all times herein mentioned, a business entity organized under the laws of the State of California, with its principal place of business in the County of Monterey, State of California.

## JURISDICTION AND VENUE

3. KAY POWELL and Defendant are, respectively, citizens of a foreign state, the United Kingdom and of the United States, and claim is made for damages well in excess of Seventy-five Thousand Dollars ($75,000). Jurisdiction is, therefore, proper before this Court pursuant to 28 U.S.C. §1332(a)(2) (alienage jurisdiction). Venue is proper in this Court pursuant to 28 U.S.C. §1391 as Defendant resides in the Northern District of California for venue purposes and the events at issue occurred in this District.

### I.

### FACTUAL BACKGROUND

4. This is an action for personal injuries to Ms. Powell as a result of the negligence of CHRIS' WHALE WATCHING TOURS. On or about January 20, 2006, Ms. Powell was a passenger aboard the STAR OF MONTEREY for a whale watching tour. As a result of the negligence of CHRIS' WHALE WATCHING TOURS, Ms. Powell suffered injuries to her lower back and coccyx after she was catapulted into the air and landed on a large bolt protruding from the wooden surface of the bench on which she was sitting ("the Incident"). The Incident was caused by acts and omissions of CHRIS' WHALE WATCHING TOURS, by and through its agents/employees, including, but not limited to, operating the vessel in adverse weather conditions and failing to properly maintain the vessel. Defendant also violated the law in its acts and omissions, and is also therefore liable for negligence per se.

5. As a result of the Incident, Ms. Powell required, and is reasonably expected to continue to require, medical care. Ms. Powell would show that nothing she did or failed to do on January 20, 2006, caused or in any way contributed to cause her injuries. To the contrary, the Incident

JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
Attorneys at Law

in which Ms. Powell was injured and the injuries she sustained in the Incident were proximately caused by the negligence on the part of CHRIS' WHALE WATCHING TOURS and its agents, servants and employees who were acting in the course and scope of their respective employment.

## II.

## CAUSES OF ACTION

6. Defendant's acts and omissions constitute negligence, in that Defendant (acting by its employees/agents) failed to exercise ordinary care, and the duty of ordinary care proximately caused personal injuries to Ms. Powell and the resulting legal damages of Ms. Powell.

## III.

## DAMAGES

7. The negligence of CHRIS' WHALE WATCHING TOURS caused Ms. Powell to sustain actual damages. Ms. Powell is entitled to be compensated for the personal injuries and damages Ms. Powell sustained. Ms. Powell has sustained physical pain and mental anguish and in reasonable probability will continue to suffer physical pain and mental anguish in the future. Ms. Powell has suffered and will continue to suffer physical impairment and disfigurement. Ms. Powell is reasonably expected to sustain a loss of earning capacity before the time of trial and a loss of future wage earning capacity. Because of the nature and severity of the injuries, Ms. Powell required medical treatment in the past and will, in reasonable probability, require additional medical treatment in the future. Charges for such medical treatment that have been made in the past and those which will in reasonable probability be made in the future have been and will be reasonable charges made necessary by the occurrence in question. As a result of Defendant's conduct, Ms. Powell has sustained damages in excess of the minimum jurisdictional limits of this Court.

///
///
///
///
///
///

8. Ms. Powell is entitled under law to the recovery of prejudgment interest at the maximum legal rate.

**PRAYER**

WHEREFORE, plaintiff prays for judgment against defendant CHRIS' WHALE WATCHING TOURS as follows:

1. For actual damages according to proof;
2. For costs of suit herein incurred; and
3. For such other and further relief as the court deems just.

DATED: June 26, 2008

Respectfully submitted,

JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

By /s/ Steger P. Johnson
STEGER P. JOHNSON (California Bar No. 083421)
100 Van Ness Avenue, 19th Floor
San Francisco, CA 94102
Telephone: (415) 431-5310
Facsimile: (415) 431-2266
Email: sjohnson@jcjj.net

DOYLE RAIZNER, LLP

By /s/ MWM
MICHAEL PATRICK DOYLE (Texas Bar No. 06095650)
1221 McKinney, Suite 4100
Houston, TX 77010
Telephone: (713) 571-1146
Facsimile: (713) 571-1148
Email: mdoyle@doyleraizner.com
**PRO HAC VICE MOTION PENDING**

**ATTORNEYS FOR KAY POWELL**

4

**COMPLAINT FOR PERSONAL INJURY; DEMAND FOR JURY TRIAL**
*Kay Powell v. Chris' Whale Watching Tours, et al.*   U.S.D.C. (N.D. Cal.) No.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial as provided by Rule 38(a) of the Federal Rules of Civil Procedure.

DATED: June 26, 2008

JONES, CLIFFORD, JOHNSON & JOHNSON, LLP

By_____
STEGER P. JOHNSON
Attorneys for Plaintiff
KAY POWELL

5

COMPLAINT FOR PERSONAL INJURY; DEMAND FOR JURY TRIAL
Kay Powell v. Chris' Whale Watching Tours, et al.                    U.S.D.C. (N.D. Cal.) No.

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
KAY POWELL

## DEFENDANTS
CHRIS' WHALE WATCHING TOURS

(b) County of Residence of First Listed Plaintiff  UNITED KINGDOM
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   MONTEREY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
STEGER P. JOHNSON (State Bar No. 083421)
JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA  94102    Telephone: 415-431-5310

Attorneys (If Known)

HRL  ADR  E-filing

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☒ 340 Marine | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | IMMIGRATION | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. 1332(a)(2); 28 U.S.C. 1391
Brief description of cause:
Alienage jurisdiction

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ According to proof
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2) (PLACE AND "X" IN ONE BOX ONLY)
☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE  JULY 24, 2008
SIGNATURE OF ATTORNEY OF RECORD