|Clerk's Use Only|
|---|
|Initial for fee pd.:|

MICHAEL P. DOYLE
DOYLE RAIZNER, LLP
1221 McKinney, Suite 4100
Houston, TX 77010
Telephone: (713) 650-1261

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KAY POWELL

           Plaintiff(s),

    v.

CHRIS' WHALE WATCHING TOURS

           Defendant(s).

CASE NO. CV 08 3929 HRL

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, MICHAEL P. DOYLE, an active member in good standing of the bar of Texas, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing KAY POWELL in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Steger P. Johnson (State Bar No. 083421); Jones, Clifford, Johnson & Johnson; 100 Van Ness Avenue, 19th Floor, San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 6/25/08