UNITED STATES DISTRICT COURT
For the Northern District of California

1

2  UNITED STATES  DISTRICT COURT

3  Northern District of California

4

5  KAY POWELL                          CV  08     3929

6                                      CASE NO.              HRL

7                                      (Proposed)
                    Plaintiff(s),      ORDER GRANTING APPLICATION
8       v.                             FOR ADMISSION OF ATTORNEY
                                       PRO HAC VICE
9  CHRIS' WHALE WATCHING TOURS

10                                     E-filing

11

12                  Defendant(s).
                                    /

13  MICHAEL P. DOYLE              , an active member in good standing of the bar of

14  Texas                          whose business address and telephone number

15  (particular court to which applicant is admitted)

16  is

17  DOYLE RAIZNER, LLP; 1221 McKinney, Suite 4100; Houston, Texas   77010
    Telephone:  (713) 650-1261
18
                                                                              ,
19  having applied in the above-entitled action for admission to practice in the Northern District of

20  California on a *pro hac vice* basis, representing KAY POWELL                    .

21      IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

22  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

23  *vice*. Service of papers upon and communication with co-counsel designated in the application will

24  constitute notice to the party. All future filings in this action are subject to the requirements

25  contained in General Order No. 45, *Electronic Case Filing*.

26

27  Dated:

28                                     _____
                                       United States Magistrate  Judge