```
 1  STEGER P. JOHNSON (State Bar No. 083421)
    JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
 2  100 Van Ness Avenue, 19th Floor
    San Francisco, CA  94102
 3  Telephone: (415) 431-5310
    Facsimile: (415) 431-2266
 4
    Attorneys for Plaintiff
 5  KAY POWELL
```

FILED
08 AUG 18 PM 2:47

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HRL

| KAY POWELL, | Case No.: 08 3929 |
|---|---|
| Plaintiff, | DECLARATION OF MICHAEL P. DOYLE IN SUPPORT OF MOTION TO APPEAR AS COUNSEL PRO HAC VICE ON BEHALF OF KAY POWELL |
| v. | |
| CHRIS' WHALE WATCHING TOURS and DOES 1 to 50, inclusive, | |
| Defendants. | Complaint Filed   : <br> Trial Date           :   None set |

I, MICHAEL P. DOYLE, declare as follows:

1. I hereby apply to the court under Civil L.R. 11-3 for permission to appear and participate in these actions on behalf of plaintiff KAY POWELL, by whom I have been retained. It is KAY POWELL's desire that I actively participate in the discovery process and trial of this case. I have personal knowledge of all matters stated in this declaration and, if called as a witness, could and would testify thereto under oath.

2. I am attorney with the law firm of DOYLE RAIZNER, LLP, located at 1221 McKinney, Suite 4100, Houston, Texas 77010; Telephone 713-650-1261.

3. My residence address is 4143 Coleridge St., Houston, Texas 77005.

4. I am a member in good standing of the bar and am eligible to practice before the courts of the State of Texas. I was admitted to practice on November 1990. I am also admitted to practice before the Southern District of Texas, Eastern District of Texas, Northern District of Texas, Western District of

---

1

DECLARATION OF MICHAEL P. DOYLE IN SUPPORT OF MOTION TO
APPEAR AS COUNSEL PRO HAC VINCE ON BEHALF OF KAY POWELL

1  Texas, and the United States Court of Appeals for the Fifth Circuit. I am not currently, nor have I ever
2  been, suspended or disbarred in any court.

3      5.    I am not a resident, nor am I regularly employed in, nor am I regularly engaged in
4  substantial business, professional or other activities in the state of California.

5      6.    I have not made any other applications to appear *pro hac vice* in the state of California
6  within the last two (2) years.

7      7.    I designate STEGER P. JOHNSON of the law firm of JONES, CLIFFORD,
8  JOHNSON & JOHNSON, 100 Van Ness Avenue, 19th Floor, San Francisco, California 94102;
9  telephone 415-431-5310, who is a member of the bar of this court and maintains an office in this state
10  for the practice of law, as the attorney with whom the court and other counsel may communicate
11  regarding the conduct of this case, and upon whom papers may be served.

12  I declare under penalty of perjury and pursuant to the laws of the state of California that the
13  foregoing is true and correct.

14  Executed on June 25th, 2008 in Houston, Texas.

MICHAEL P. DOYLE

---

2

**DECLARATION OF MICHAEL P. DOYLE IN SUPPORT OF MOTION TO APPEAR AS COUNSEL PRO HAC VINCE ON BEHALF OF KAY POWELL**