AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

E-filing

| KAY POWELL | ) | CV 08   3929 |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. |
| CHRIS' WHALE WATCHING TOURS, et al. | ) | |
| Defendant | ) | |

HRL

**Summons in a Civil Action**

To:   CHRIS' WHALE WATCHING TOURS
       *(Defendant's name)*

A lawsuit has been filed against you.

   Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

STEGER P. JOHNSON (State Bar No. 083421)
JONES, CLIFFORD, JOHNSON & JOHNSON, LLP
100 Van Ness Avenue, 19th Floor
San Francisco, CA  94102

MICHAEL PATRICK DOYLE (Texas Bar No. 06095650)
DOYLE RAIZNER, LLP
1221 McKinney, Suite 4100
Houston, TX  77010

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  AUG 1 8 2008

Helen L. Almacen
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*