*e-filed 8/29/08*

UNITED STATES DISTRICT COURT

Northern District of California

KAY POWELL

CASE NO. CV 08 3929 HRL

Plaintiff(s),
v.

CHRIS' WHALE WATCHING TOURS

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Defendant(s).
_____/

MICHAEL P. DOYLE , an active member in good standing of the bar of

Texas                                   whose business address and telephone number

(particular court to which applicant is admitted)

is

DOYLE RAIZNER, LLP; 1221 McKinney, Suite 4100; Houston, Texas  77010
Telephone: (713) 650-1261

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing KAY POWELL

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:  8/29/08

_____
United States Magistrate Judge