\* E-filed 2/2/09\*

NOT FOR CITATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KAY POWELL,

    Plaintiff,

v.

CHRIS' WHALE WATCHING TOURS, INC. and DOES 1-50,

    Defendants.

_____/

Case No. CV 08-03929 HRL

**ORDER GRANTING COUNSELS' REQUESTS TO APPEAR AT THE CASE MANAGEMENT CONFERENCE BY TELEPHONE**

    Good cause appearing, the requests of counsel Michael Patrick Doyle and Russell P. Brown to appear at the case management conference set for February 3, 2009 at 1:30 pm are GRANTED. These counsel should establish a conference call between themselves and then contact the court at the scheduled time at (408) 535-5205.

**IT IS SO ORDERED.**

Dated: 2/2/09

                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE

United States District Court
For the Northern District of California

1   THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT VIA ECF.

3   * Counsel are responsible for providing copies of this order to co-counsel.

5   Dated: 2/2/09

                                              /s/ mpk
                                  Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California