** E-filed December 1, 2009 **

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAY POWELL,<br><br>               Plaintiff,<br><br>vs.<br><br>CHRIS' WHALE WATCHING TOURS, INC. and DOES 1 to 50, inclusive,<br><br>               Defendants. | CASE NO. CV08-3929 HRL<br><br>**STIPULATED DISMISSAL AND DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS FROM PLAINTIFF'S COMPLAINT IN ITS ENTIRETY AND ORDER THEREON**<br><br>Judge: Honorable Howard R. Lloyd<br>Complaint Filed: August 18, 2008<br>Trial Date: November 9, 2009 |

    **IT IS HEREBY STIPULATED** by and between Plaintiff KAY POWELL ("Plaintiff"), on the one hand, and Defendant CHRIS' FISHING TRIPS, INC. erroneously sued as Chris' Whale Watching Tours, Inc. ("Defendant"), on the other hand, through their respective attorneys of record, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) and (2), that this Court shall enter a dismissal with prejudice of all Defendants from Plaintiff's Complaint, Case No. CV08-3929-HRL.

    The parties consent to have United States Magistrate Judge Howard R. Lloyd conduct any and all further proceedings related to the enforcement of the Settlement Agreement that has been reached between the parties. The Magistrate Judge shall retain jurisdiction over all disputes between and among the parties arising out of the Settlement Agreement, including, but not

limited to, interpretation and enforcement of the terms of the Settlement Agreement.

**IT IS SO STIPULATED:**

Dated: November 30th, 2009          **DOYLE RAIZNER, LLP**

By:  s/ Jeffrey Raizner
     ------------------------
     Jeffrey Raizner, Esq.
     Attorneys for Plaintiff KAY POWELL

Dated: November 30, 2009          **GORDON & REES, LLP**

By:  s/ Jan K. Buddingh, Jr.
     ------------------------
     Russell P. Brown
     Jan K. Buddingh, Jr.
     Attorneys for Defendant CHRIS' FISHING TRIPS, INC.

## ORDER

**IT IS ORDERED THAT** Defendant CHRIS FISHING TRIPS, INC. erroneously sued as Chris' Whale Watching Tours, Inc. is dismissed with prejudice from Plaintiff's Complaint, Case No. CV08-3929-HRL. As such, said Complaint is dismissed in its entirety with prejudice.

Magistrate Judge Howard R. Lloyd shall retain jurisdiction over all disputes between the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Dated: December 1, 2009

Hon. Howard R. Lloyd
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT